UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FUIMAONO, | No. 2:14-00347 AC P |
| Plaintiff, | |
| v. | ORDER |
| SOLANO COUNTY SHERIFF, et al., | |
| Defendants. | |

Plaintiff, a former county detainee, is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff consented to the jurisdiction of the United States Magistrate Judge for all further proceedings on February 18, 2014. ECF No. 5.

On February 24, 2014, the court ordered plaintiff to show cause within thirty days why his complaint should not be summarily dismissed without prejudice for failing to state a claim. ECF No. 6. By the same order, plaintiff was ordered to complete an in forma pauperis application for non-prisoners and was cautioned that a failure to respond to the court's order would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not filed an in forma pauperis application or responded to the show cause order.

////

////

////

1

1     Accordingly, IT IS HEREBY ORDERED that this action be dismissed without prejudice.

2 See Local Rule 110; Fed. R. Civ. P. 41(b).

3 DATED: April 7, 2014

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE